IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA and the PEOPLE OF THE VIRGIN ISLANDS<br><br>v.<br><br>DWAYNE FAHIE,<br><br>               Defendant. | INDICTMENT<br><br>Criminal No. 2015- CR - 22<br>Violations:<br>Ct. 1: 18 U.S.C. § 922(g)(1)<br>Cts. 2 & 3: 14 V.I.C. § 2253(a) |

The Grand Jury charges that:

## COUNT ONE

(Possession of a Firearm by a Convicted Felon)

On or about April 24, 2015 at St. Thomas, in the District of the Virgin Islands, the defendant,

**DWAYNE FAHIE,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, reckless endangerment in the first degree, in the Superior Court of the Virgin Islands, in Criminal Case No. 13-CR-F86, did knowingly possess a firearm, that is, a Glock, model 19, 9mm, serial number GM211US, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

USA v. Dwayne Fahie.
USAO No. 2015R000107
Indictment
Page 2

The Grand Jury further charges that:

## COUNT TWO

(Possession of an Unlicensed Firearm by a Convicted Felon)

On or about April 24, 2015, at St. Thomas, in the District of the Virgin Islands, the defendant,

**DWAYNE FAHIE,**

unauthorized by law, had, possessed, bore, transported, carried, either actually or constructively, or had under his proximate control, openly and concealed, a loaded firearm as defined in Title 23 V.I.C. §451(d), that is, a Glock, model 19, 9mm, serial number GM211US, having been previously convicted of reckless endangerment in the first degree, in the Superior Court of the Virgin Islands, in Criminal Case No. 13-CR-F86.

In violation of Title 14, Virgin Islands Code, Section 2253(a).

USA v. Dwayne Fahie.
USAO No. 2015R000107
Indictment
Page 3

The Grand Jury further charges that:

## COUNT THREE

(Possession of an Unlicensed Firearm)

On or about April 24, 2015, at St. Thomas, in the District of the Virgin Islands, the defendant,

**DWAYNE FAHIE,**

unauthorized by law, had, possessed, bore, transported, carried, either actually or constructively, or had under his proximate control, openly and concealed, a loaded firearm as defined in Title 23 V.I.C. §451(d), that is, a Glock, model 19, 9mm serial number GM211US.

In violation of Title 14, Virgin Islands Code, Section 2253(a).

USA v. Dwayne Fahie.
USAO No. 2015R000107
Indictment
Page 4

## NOTICE OF FORFEITURE
## 18 U.S.C. § 924(d)
## 28 U.S.C. § 2461(c)

Upon conviction of one or more of the offenses alleged in Counts 1 through 3 of this Indictment, defendant **DWAYNE FAHIE** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

1. Glock, model 19, 9mm serial number GM211US
2. 9mm Ammunition

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s): (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty; I t is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

USA v. Dwayne Fahie.
USAO No. 2015R000107
Indictment
Page 5

The Grand Jury returned a TRUE BILL

RONALD W. SHARPE
UNITED STATES ATTORNEY

By: _____
Sigrid M. Tejo-Sprotte
Assistant United States Attorney

DISTRICT OF THE VIRGIN ISLANDS: June 4, 2015.

Returned into the District Court by Grand Jurors and filed.

_____
RUTH MILLER
U.S. MAGISTRATE JUDGE